ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
California Bar No. 149883
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:   (213) 894-6166
    Facsimile:   (213) 894-7177
    E-mail:     Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 10-03966 SVW (RZx) |
| Plaintiff, | <u>DEFAULT JUDGMENT OF FORFEITURE</u> |
| v. | DATE: November 1, 2010<br>TIME: 1:30 p.m.<br>Before the Honorable Stephen V. Wilson, United States District Judge |
| $13,000.00 IN U.S. CURRENCY, $25,750.00 IN U.S. CURRENCY, AND TWO WESTERN UNION MONEY ORDERS, | |
| Defendant. | |

    This action arose from the Verified Complaint for Forfeiture ("Complaint") filed herein on May 26, 2010. Notice of this action has been given in the manner required by law, and potential claimants Brandon M. Hamilton, B. Benjamin Entertainment, Harold Walfish, Richard Kendrick, and Nicholas Hall have not appeared by filing a Statement identifying their

1  rights or interests with this Court.  Further, potential
2  claimants Brandon M. Hamilton, B. Benjamin Entertainment, Harold
3  Walfish, Richard Kendrick, and Nicholas Hall have not filed an
4  Answer to the Complaint or otherwise defended their interests, if
5  any, in the defendants, $13,000.00 in U.S. Currency, $25,750.00
6  in U.S. Currency, and Two Western Union Money Orders
7  ("defendants").  Therefore, the Court deems that potential
8  claimants Brandon M. Hamilton, B. Benjamin Entertainment, Harold
9  Walfish, Richard Kendrick, Nicholas Hall, and all other potential
10 claimants admit the allegations of the Complaint to be true.

11     ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all
12 right, title, and interest of potential claimants Brandon M.
13 Hamilton, B. Benjamin Entertainment, Harold Walfish, Richard
14 Kendrick, Nicholas Hall, and all other potential claimants in and
15 to the defendants are condemned and forfeited to the United
16 States of America.

17
   DATED: 11/08/10
18
19                               _____
                                 THE HONORABLE STEPHEN V. WILSON
                                 UNITED STATES DISTRICT JUDGE
20
21 PRESENTED BY:
22 ANDRÉ BIROTTE JR.
   United States Attorney
23 ROBERT E. DUGDALE
   Assistant United States Attorney
24 Chief, Criminal Division
25
    /s/
26 ─────────────────────────────
   STEVEN R. WELK
   Assistant United States Attorney
27 Chief, Asset Forfeiture Section
28 Attorneys for Plaintiff

2

United States of America

<u>PROOF OF SERVICE BY MAILING</u>

    I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

    On <u>November 5, 2010</u>, I served a <u>[Proposed] Default Judgment of Forfeiture</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:   SEE ATTACHED.**

<u> X </u>  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

<u>   </u> Via Hand Delivery

<u>   </u> Via Fax

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on: <u>November 05, 2010</u> at Los Angeles, California.

                                           **Ann M. Eberhardy**

1
2
3    Notice of Lodging Proposed Default Judgment of Forfeiture

4   Brandon M. Hamilton                          Howard Walfish
    Columbus, Ohio 43205                         Van Nuys, California 91405

5   Brandon M. Hamilton                          Brandon M. Hamilton
    Dublin, Ohio 43017                           Reynoldsburg, Ohio 43068
6
    Brandon M. Hamilton
7   c/o James E. L. Watson, Esq.
    Columbus, Ohio 43206
8
    B. Benjamin Entertainment
9   Attn: Brandon M. Hamilton
    Reynoldsburg, Ohio 43068
10
    B. Benjamin Entertainment
11  c/o James E. L. Watson, Esq.
    Columbus, Ohio 43206
12
    Nicholas Hall
13  Sherman Oaks, California 91411

14  Nicholas Hall
    Youngstown, Ohio 44505
15
    Richard Kendrick
16  Columbus, Ohio 43228

17  Richard Kendrick
    Columbus, Ohio 43228
18
    Richard Kendrick
19  Columbus, Ohio 43205

20  Richard Kendrick
    c/o James E. L. Watson, Esq.
21  Columbus, Ohio 43206

22
23
24
25
26
27
28